IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE: FOOT LOCKER, INC., FAIR   :
LABOR STANDARDS ACT (FLSA) AND WAGE:
AND HOUR LITIGATION              :   CIVIL ACTION
                                 :
                                 :   NO. 11-MDL-2235
                                 :
                                 :   E.D. PA. NOS. 07-2157,
                                 :   11-3567, 11-3568, 11-
                                 :   3590, 11-4268
```

**ORDER**

AND NOW, this 30th day of May, 2013, upon consideration of Defendant's Motion for Protective Order/Motion to Quash Deposition Notice (Doc. No. 21), Plaintiffs' Response in opposition thereto (Doc. No. 23), and Defendant's Reply in further support thereof (Doc. No. 25), it is hereby ORDERED that the Motion is GRANTED as follows:

1. Plaintiffs' March 25, 2013 Notice to Take Deposition Upon Oral Examination for Defendant's Chief Executive Officer Ken Hicks is hereby QUASHED.

2. The deposition of Defendant's Senior Vice President of Human Resources Laura Petrucci shall be LIMITED as follows:

   A) It shall be limited to three (3) hours in length;

   B) It shall be limited to the following topics:

      i) Her alleged personal knowledge of meetings in 2006 concerning off-the-clock discussions; and

      ii) Her personal knowledge of any directives or communications during that period resulting from those discussions.

```
                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.
```